PEOPLE v. FITZPATRICK. (Supreme Court, Appellate Division, Fourth Department. March 17, 1909.) Proceedings by the people of the state of New York against James Fitzpatrick. No opinion. Motion to make printing of case and exceptions a charge against county of Onondaga denied, but district attorney direct-

ed to allow the defendant to use the stenographer's minutes of the evidence and charge, for the purpose of making a case and exceptions, if desired.